JS-6

FILED
CLERK, U.S. DISTRICT COURT
3/1/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE VESSEL *NAUTILUS* FOR EXONERATION FROM OR LIMITATION OF LIABILITY<br><br>AND RELATED CROSS-ACTIONS | Case No. 8:20-cv-397-CJC-ADS<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST AND DISMISSING ACTION, CROSS-ACTION AND THIRD-PARTY COMPLAIN IN THEIR ENTIRETY; AND LIFTING STAY AND RESTRAINING ORDER (DKT. 38)** |

Whereas the Parties to this Action (Plaintiffs-in-Limitation Harbor Dockside, Inc. and Newport Landing Sportfishing, Inc. (also referred to as Newport Landing, Inc.), Third-Party Defendant Davey's Locker Sportfishing, Inc., and Claimant Yanping Sun, together, by and through their undersigned counsel of record, jointly request the conclusion of this federal action by agreement of the Parties as follows:

Plaintiffs-in-Limitation Harbor Dockside, Inc. and Newport Landing Sportfishing, Inc. (also referred to as Newport Landing, Inc.) request the dismissal without prejudice of their Complaint filed on February 26, 2020 (at docket no. 1);

Claimant Yanping Sun requests the dismissal without prejudice of her Claim filed on April 17, 2020 (at docket no. 12);

1  Claimant Yanping Sun requests the dismissal without prejudice of her Third-Party Complaint filed on April 17, 2021 (at docket no. 12);

Plaintiffs-in-Limitation Harbor Dockside, Inc. and Newport Landing Sportfishing, Inc. (also referred to as Newport Landing, Inc.) request the lifting of the Court's stay and restraining order prohibiting any claim or claims arising out of the incident that is the subject of this Action to be brought in any forum other than this case, issued on March 3, 2020 (at docket no. 9).

It is the Parties' intent for this federal action to be dismissed without prejudice in its entirety so the Claimant Yanping Sun can proceed to pursue her allegations against Harbor Dockside, Inc., Newport Landing Sportfishing, Inc., and Davey's Locker Sportfishing, Inc. in state court pursuant to the Savings to Suitors Clause in 28 U.S.C. § 1333.

The Parties agree that Claimant can file her lawsuit against Harbor Dockside, Inc., Newport Landing Sportfishing, Inc., and Davey's Locker Sportfishing, Inc. in the Superior Court of Orange County, that such action will be timely pursuant to 46 U.S.C § 30106, and counsel for Harbor Dockside, Inc., Newport Landing Sportfishing, Inc., and Davey's Locker Sportfishing, Inc. will accept service of the summons and complaint issued in said state court action.

It is the Parties' intent to utilize the discovery conducted to date in this Action in the anticipated state court action as though such discovery was completed in the state court action. The Parties waive any objection to the use of discovery conducted in this action in the state court action. The Parties agree that any pending discovery will be vacated. The parties further agree to not duplicate discovery completed in this action, including the deposition of Claimant Yanping Sun and boat Captain Michael Mongold, except as otherwise agreed by the Parties and/or per a court order, and the orthopedic medical examination of Claimant. However, the Parties agree and specifically reserve the right to dispute the sufficiency of written

discovery previously served in this action and to pursue supplemental discovery responses in the state court action in any permissible manner.

The Parties agree to preserve all evidence presently existing and available which may be used to support any claim or defense.

In agreeing to these dismissals, no party is waiving and rather is specifically reserving all substantive claims and affirmative defenses as they exist now and as raised in this action.

Furthermore, the Parties are to bear their own fees and costs herein, respectively.

This Court grants the Parties' joint stipulated request to conclude this case in its entirety, without prejudice, with each party to bear their own costs and fees.

IT IS HEREBY ORDERED:

The Complaint filed by Plaintiffs-in-Limitation Harbor Dockside, Inc. and Newport Landing Sportfishing, Inc. (also referred to as Newport Landing, Inc.) on February 26, 2020 (at docket no. 1) is dismissed without prejudice;

The Claim filed by Claimant Yanping Sun on April 17, 2020 (at docket no. 12) is dismissed without prejudice;

The Third-Party Complaint filed by Claimant Yanping Sun on April 17, 2020 (at docket no. 12) is dismissed without prejudice;

The stay and restraining order prohibiting any claim or claims arising out of the incident that is the subject of this Action to be brought in any forum other than this case, issued on March 3, 2020 (at docket no. 9) is hereby lifted and dissolved.

///

///

All parties are to bear their own fees and costs, respectively.

**IT IS SO ORDERED.**

DATED: March 1, 2021

_____

HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE